1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: PLAINTIFF

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        No. 5:15-CV-440-URC
12              Plaintiff,
13         vs.                      CONSENT JUDGMENT
14 HILDA A. CHALGUJIAN AKA
15 HILDA CHALGUJIAN,
16              Defendant

17      Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, United
19 States Of America, against Defendant, Hilda A. Chalgujian
20 AKA Hilda Chalgujian, in the principal amount of $63,031.95
21 plus interest accrued to July 14, 2014, in the sum of
22 $18,338.16; with interest accruing thereafter at 8.250%
23 annually until entry of judgment, administration costs in
24 the amount of $0.00, for a total amount of **$81,370.11**.

26 DATED: 3/13/15                    By: TERRY NAFISI
                                     Clerk of the Court

                                     Yvette Lewis
                                     Deputy Clerk
                                     United States District Court

Page 5